The People of the State of New York ex rel. Otto M. Schultze v. Israel L. Feinberg and Others.— Application for writ of certiorari granted. Application for stay of execution pending certiorari denied.   Order to be settled on notice.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Thomas Doran v. Levering & Garrigues Company.— Motion denied. See memorandum per curiam.   Order to be settled on notice.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

In the Matter of Milton T. Loebl, an Attorney.— Referred to official referee.   Order to be settled on notice.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

In the Matter of John M. Coleman, an Attorney.— Referred to official referee.   Order to be settled on notice.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

In the Matter of Sarah Akin, Deceased.— Motion denied, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Eugene L. Richards, as Superintendent, etc., v. Joseph G. Robin and Others.— Motion denied, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Isaac Peiser v. Edwin L. Kalish and Others.— Motion denied, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

United States Trust Company of New York, Respondent, v. Anna K. Daniel, Appellant, Impleaded.— Order affirmed, without costs.   No opinion.   Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Sydney M. Teeter, Respondent, v. Anna K. Daniel, Appellant.— Order affirmed, without costs.   No opinion.   Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.